

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-19-00175-CR**

**IN RE HARVEY LEE LANE: SEARCY**
_____

**Original Proceeding**

---

**MEMORANDUM OPINION**

---

Relator's Petition for Writ of Mandamus, filed on May 22, 2019, is denied. Relator's

Motion for Temporary Relief, filed on the same date, is dismissed as moot.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Petition denied; motion dismissed
Opinion delivered and filed June 5, 2019
Do not publish
[OT06]

